OPINION — AG — ** DUAL OFFICE HOLDING ** A DEPUTY SHERIFF CAN 'NOT' SIMULTANEOUSLY HOLD A POSITION AS MUNICIPAL JUDGE. (DUAL OFFICE HOLDING, MUNICIPALITY, OFFICE) CITE: 51 O.S. 6 [51-6], OPINION NO. 71-275, 11 O.S. 781 [11-781], OPINION NO. 70-229, OPINION NO. 70-283, OPINION NO. 70-228, OPINION NO. 69-185 (THESE ARE STILL IN EFFECT AS OF 1974) (NATHAN J. GIGGER) ** SEE OPINION NO. 92-502 (1992) SEE: OPINION NO. 92-522 (1992)